In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00108-CR

                                                ______________________________

 

 

                          WILLIAM THOMAS LANTRIP, SR.,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                        On Appeal from the 71st Judicial District Court

                                                           Harrison County, Texas

                                                         Trial Court
No. 09-0206X

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            William
Thomas Lantrip, Sr., appeals his conviction on two counts of attempted capital
murder.  In a single appeal, Lantrip
challenges these convictions and one for murder addressed in our opinion in
cause number 06-10-00107-CR.  The issues,
facts, and evidence are the same in both cases. 
For the reasons stated in our opinion in that case, we likewise affirm
the judgments and sentences in the instant cause.[1]  

            

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January
12, 2011

Date Decided:             February
4, 2011

 

Do Not Publish











[1]See
our opinion issued in Lantrip v. State,
cause number 06-10-107-CR.